UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 15-03794-AB (GJSx) | Date: | September 28, 2015 |

Title: *Gayla Shelby v. Two JInns, Inc.*

Present: The Honorable ANDRÉ BIROTTE JR.

| Cheryl Wynn | N/A |
|---|---|
| Relief Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:** [In Chambers] Order To Show Cause Regarding Dismissal for Lack of Prosecution [9]

On September 24, 2015, the Court issued an Order to Show Cause why it should not dismiss this action for lack of prosecution. Plaintiff filed a response to the Order to Show Cause on September 25, 2015.

The Court deems that response satisfactory, and discharges the Order to Show Cause for Lack of Prosecution.