UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No.: | CV 15-03794-AB (GJSx) | Date: | September 28, 2015 |
|---|---|---|---|

Title    *Gayla Shelby v. Two JInns, Inc.*

Present: The Honorable    ANDRÉ BIROTTE JR.

| Cheryl Wynn | N/A |
|---|---|
| Relief Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**    **[In Chambers] Order To Show Cause Regarding Dismissal for Lack of Prosecution**

Plaintiff is ORDERED to show cause why this case should not be dismissed, for lack of prosecution. *Link v. Wabash R. Co.,* 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion).

In the present case, it appears that one or more of these time periods has not been met.  Accordingly, the Court, on its own motion, orders plaintiff to show cause, in writing, on or before **October 28, 2015**, why this action should not be dismissed for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of plaintiff's response.  Failure to respond to this Order to Show Cause will be deemed consent to the dismissal of the action.

- Defendant Two JInns, Inc. did not answer the complaint, yet Plaintiff has failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a).  Plaintiff can satisfy this order by seeking entry of default or by dismissing the complaint.

IT IS SO ORDERED.