LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GAYLA SHELBY,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**TWO JINNS, INC.,** dba **ALADDIN BAIL BONDS,**<br><br>Defendant. | Case No. 2:15-cv-03794-AB-GJS<br><br>**NOTICE OF CLASS-WIDE SETTLEMENT** |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has entered into a class-wide settlement. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (90) days with which to file a Motion for Preliminary Approval, and other dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 6th day of September, 2016.

        By: s/Todd M. Friedman
          TODD M. FRIEDMAN
          Law Offices of Todd M. Friedman, P.C.
          Attorney for Plaintiffs

Notice of Settlement - 1

Filed electronically on this 6th day of September, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Andre Birotte Jr
United States District Court
Central District of California

Kenneth R Wright
Robert W Hicks and Associates

Robert W Hicks
Hayes Simpson & Greene

This 6th day of September, 2016.

s/Todd M. Friedman
Todd M. Friedman