Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
abacon@attorneysforconsumers.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLA SHELBY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWO JINNS, INC. DBA ALADDIN BAIL BONDS<br><br>Defendants. | Case No. 2:15-cv-03794-AB-GJS<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL**<br><br>**Date: January 30, 2017**<br>**Time: 10:00am**<br>**Courtroom: 4**<br><br>**Honorable Andre Birotte Jr.** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that on **January 30, 2016** at **10:00 a.m.** or as soon thereafter as the matter may be heard in **Courtroom 4** of the above captioned Court located at United States Courthouse, 312 N. Spring St., Los Angeles, CA 90012, Plaintiff Gayla Shelby ("Shelby") and Defendant Two Jinn, Inc. DBA Aladdin Bail Bonds ("Aladdin") hereby move the Court pursuant to Federal Rule of Civil Procedure 23 for preliminary approval of the Parties' Class Action Settlement. Specifically, through this Motion, Plaintiff moves for certification of a settlement class; appointment of class counsel and class representatives; preliminary approval of the Parties' proposed settlement; and, approval of the proposed plan to provide notice to the class. This Motion is made on the following grounds:

    1. The proposed Class satisfies the requirements of Rule 23 for conditional certification for settlement purposes only;

    2. The proposed settlement is the product of non-collusive negotiations and is fundamentally fair, reasonable and adequate; and hence, warrants preliminary approval.

This Motion is based on the accompanying Memorandum of Points and Authorities, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Date: November 28, 2016        Respectfully submitted,

**Law Offices of Todd M. Friedman, P.C.**

By: /s/ Todd M. Friedman
    Todd M. Friedman, Esq.
    *Attorneys for Plaintiff*

Filed electronically on this 28th day of November, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Andre Birotte Jr.
United States District Court
Central District of California

ROBERT. W. HICKS
KENNETH R. WRIGHT
ROBERT W. HICKS & ASSOCIATES
Attorneys for Defendant

This 28th day of November, 2016

s/Todd M. Friedman, Esq.
Todd M. Friedman

---

**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL**
**-3-**