Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
abacon@attorneysforconsumers.com

***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

GAYLA SHELBY, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

TWO JINNS, INC. DBA ALADDIN BAIL BONDS

Defendants.

Case No. 2:15-cv-03794-AB-GJS

**NOTICE OF MOTION AND MOTION FOR ATTORNEYS FEES AND COSTS**

**Date: June 26, 2017**
**Time: 10:00am**
**Courtroom: 4**

**Honorable Andre Birotte Jr.**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that on **June 26, 2017** at **10:00 a.m.** or as soon thereafter as the matter may be heard in **Courtroom 4** of the above captioned Court located at United States Courthouse, 312 N. Spring St., Los Angeles, CA 90012, Plaintiff Gayla Shelby ("Shelby") and Defendant Two Jinn, Inc. DBA Aladdin Bail Bonds ("Aladdin") hereby move the Court for approval of Class Counsel's Motion for Attorney's Fees and Costs.

This Motion is based on the accompanying Memorandum of Points and Authorities, the exhibits attached thereto, all pleadings and papers on file in this action and upon such other matters as the Court deems proper.

Date: April 10, 2017 Respectfully submitted,

**Law Offices of Todd M. Friedman, P.C.**

By:/s/ Todd M. Friedman
Todd M. Friedman, Esq.
*Attorneys for Plaintiff*

Filed electronically on this 10th day of April, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Andre Birotte Jr.
United States District Court
Central District of California

ROBERT. W. HICKS
KENNETH R. WRIGHT
ROBERT W. HICKS & ASSOCIATES
Attorneys for Defendant

This 10th day of April, 2017

s/Todd M. Friedman, Esq.
Todd M. Friedman