Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
abacon@attorneysforconsumers.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLA SHELBY, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWO JINNS, INC. DBA ALADDIN BAIL BONDS<br><br>Defendants. | Case No. 2:15-cv-03794-AB-GJS<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL**<br><br>**Date: June 26, 2017**<br>**Time: 10:00am**<br>**Courtroom: 4**<br><br>**Honorable Andre Birotte Jr.** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that on **June 26, 2016** at **10:00 a.m.** or as soon thereafter as the matter may be heard in **Courtroom 4** of the above captioned Court located at United States Courthouse, 312 N. Spring St., Los Angeles, CA 90012, Plaintiff Gayla Shelby ("Shelby") and Defendant Two Jinn, Inc. DBA Aladdin Bail Bonds ("Aladdin") hereby move the Court pursuant to Federal Rule of Civil Procedure 23 for final approval of the Parties' Class Action Settlement. Specifically, through this Motion, Plaintiff moves for certification of a settlement class; appointment of class counsel and class representatives; final approval of the Parties' proposed settlement; and, approval of the proposed plan to provide notice to the class.

Plaintiff's motion is based on the accompanying memorandum of points and authorities, supporting declarations and exhibits thereto, the pleadings and papers on file herein, and other such matter as may be presented to the Court at the time of the hearing, including Plaintiff's request for attorneys' fees, costs and incentive payment.

Date: June 12, 2017                  Respectfully submitted,

                                                **Law Offices of Todd M. Friedman, P.C.**

                                                By:/s/ Todd M. Friedman
                                                    Todd M. Friedman, Esq.
                                                    *Attorneys for Plaintiff*

Filed electronically on this 12th day of June, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Andre Birotte Jr.
United States District Court
Central District of California

ROBERT. W. HICKS
KENNETH R. WRIGHT
ROBERT W. HICKS & ASSOCIATES
Attorneys for Defendant

This 12th day of June, 2017

s/Todd M. Friedman, Esq.
Todd M. Friedman