UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLA SHELBY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TWO JINN, INC. dba ALADDIN BAIL BONDS,<br><br>Defendant. | Case No. 2:15-cv-03794-AB-GJS<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY ORDER GRANTING FINAL APPROVAL** |

**IT IS HEREBY ORDERED**, for good cause shown, that:

1. The Court vacates its order to reimburse Plaintiff for administrative costs and fees in the amount of $37,411.00.
2. The Court modifies its order to grant Plaintiff's request for reimbursement of administrative costs and fees in the amount of $45,000.00.

Dated :June 25, 2018

_____
Hon. André Birotte Jr.
UNITED STATES DISTRICT JUDGE